CARTER *et al. v.* DUNSON.

COBB, J.   The ruling complained of being one granting a first new trial, and it not appearing that the law and the facts demanded a finding in favor of the prevailing party, the judgment will be affirmed, notwithstanding the grant of the new trial seems to have been based upon a single ground in the motion, and without regard to whether or not this ground was well taken.   *Carolee* v. *Handelis,* 103 *Ga.* 302 ; *Weinkle* v. *Railroad,* 107 *Ga.* 367, and cases cited.
*Judgment affirmed.    All the Justices concurring.*

Argued April 6, — Decided April 27, 1901.

Ejectment.   Before Judge Harris.   Troup superior court.   January 30, 1901.

*J. H. Pitman* and *D. W. Rountree,* for plaintiffs.
*Longley & Longley,* for defendant.